WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: **CR 05-125** | MAGIS. NO: |
|---|---|---|

v.

HYMAYUN KHAN

| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|---|
| | HYMAYUN KHAN |

FILED

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:            PDID:

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|

| TO:        ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy

International Emergency Economic Power Act

Export Administration Act

Export Administration Regulations

Executive Order

Aiding & Abetting

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 871; 50 U.S.C. § 1701-1706; 50 U.S.C. App. 2401 et esq.;
15 C.F.R. Parts 730-774; Executive 13222 and 18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) Deborah A. Robinson U.S. Magistrate Judge | DATE ISSUED: APR - 6 2005 |
|---|---|---|

| CLERK OF COURT: | BY DEPUTY CLERK: Evette Saunders | DATE: 4/8/05 |
|---|---|---|

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:    Yes          No | | OCDETF CASE:      Yes        No |